IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Richard, Karen

Printed: 01/13/09

Case Number: 08 B 05044
Judge: Hollis, Pamela S
Filed: 3/4/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: December 1, 2008
Confirmed: April 28, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 2,390.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,234.64 |
| Trustee Fee: |  | 155.36 |
| Other Funds: |  | 0.00 |
| Totals: | 2,390.00 | 2,390.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 3,814.00 | 2,234.64 |
| 2. | Midfirst Bank | Secured | 0.00 | 0.00 |
| 3. | Best Source Credit Union | Secured | 0.00 | 0.00 |
| 4. | Midfirst Bank | Secured | 22,288.96 | 0.00 |
| 5. | Internal Revenue Service | Priority | 7,601.78 | 0.00 |
| 6. | Illinois Dept of Revenue | Priority | 1,884.04 | 0.00 |
| 7. | Premier Bankcard | Unsecured | 213.85 | 0.00 |
| 8. | Jefferson Capital Systems LLC | Unsecured | 371.31 | 0.00 |
| 9. | Illinois Dept of Revenue | Unsecured | 196.59 | 0.00 |
| 10. | RoundUp Funding LLC | Unsecured | 705.23 | 0.00 |
| 11. | RoundUp Funding LLC | Unsecured | 568.31 | 0.00 |
| 12. | Chase Bank | Unsecured | 722.40 | 0.00 |
| 13. | Jefferson Capital Systems LLC | Unsecured | 600.37 | 0.00 |
| 14. | Jefferson Capital Systems LLC | Unsecured | 449.97 | 0.00 |
| 15. | Premier Bankcard | Unsecured | 124.05 | 0.00 |
| 16. | Internal Revenue Service | Unsecured | 955.23 | 0.00 |
| 17. | Providian | Unsecured | 4,206.89 | 0.00 |
| 18. | ECast Settlement Corp | Unsecured | 152.50 | 0.00 |
| 19. | RoundUp Funding LLC | Unsecured | 2,157.06 | 0.00 |
| 20. | RoundUp Funding LLC | Unsecured | 1,048.68 | 0.00 |
| 21. | ECast Settlement Corp | Unsecured | 528.96 | 0.00 |
| 22. | RoundUp Funding LLC | Unsecured | 881.24 | 0.00 |
| 23. | ECast Settlement Corp | Unsecured | 130.00 | 0.00 |
| 24. | RoundUp Funding LLC | Unsecured | 2,916.53 | 0.00 |
| 25. | Sears / Citibank SD | Unsecured |  | No Claim Filed |
| 26. | City Of Chicago Dept Of Revenue | Unsecured |  | No Claim Filed |

### IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Richard, Karen

Printed: 01/13/09

Case Number:  08 B 05044
Judge:  Hollis, Pamela S
Filed:  3/4/08

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | GEMB | Unsecured | | No Claim Filed |
| 28. | Norwest Collectors | Unsecured | | No Claim Filed |
| 29. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 30. | Jc Penney - GEMB | Unsecured | | No Claim Filed |
| 31. | Nicor Gas | Unsecured | | No Claim Filed |
| 32. | Norwest Collectors | Unsecured | | No Claim Filed |
| | | | $ 52,517.95 | $ 2,234.64 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 155.36 |
| | $ 155.36 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

